RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/29/06
BY Om

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| IMOGENE KHAN, ET AL. | CIVIL ACTION NO. 00-0255 |
| VERSUS | JUDGE DONALD E. WALTER |
| SOUTHERN UNIVERSITY A & M COLLEGE, SOUTHERN UNIVERSITY BOARD OF SUPERVISORS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that plaintiff's §1983 freedom of association claims be and are hereby **DISMISSED** as defendants are entitled to qualified immunity.

**IT IS FURTHER ORDERED** that plaintiff's §§1981, 1983 and 1985 claims against Juanita Morris and Sam Gilliam are **DISMISSED** as is plaintiff's §1986 claim against Sam Gilliam. defendant's Motion for New Trial be and is hereby **DENIED**.

Genuine issues of material fact remain as to the following claims against defendants Brown, Grady Morris, Pugh and Williams: plaintiff's §1981 claims, plaintiff's §1983 free speech and due process claims, and plaintiff's §1985 claims. Genuine issues of material fact also exist as to plaintiff's §1986 claim against Brown.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 29 day of March, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE