U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

APR 1 1 2008

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| IMOGENE KHAN AND<br>RICHARD EUGENE EARLY | CIVIL ACTION NO. 00-0255 |
| VERSUS | JUDGE DONALD E. WALTER |
| SOUTHERN UNIVERSITY A & M<br>COLLEGE, SOUTHERN UNIVERSITY<br>BOARD OF SUPERVISORS, ET AL. | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion to Adjust Deadlines [Doc. #153] filed on behalf of defendants.

**IT IS ORDERED** that defendants' Motion to Adjust Deadlines [Doc. #153] be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 11th day of April, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE